AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

FILED
SEP 1 3 2011
DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

| | |
|---|---|
| United States of America ) | Case No. 7:11-MJ-1197-2 |
| v. ) | |
| DANIEL DE'COTY EDWARDS ) | |
| ) | Charging District: Middle District of North Carolina |
| *Defendant* ) | Charging District's Case No. 1:11CR252-2 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: United States Courthouse | Courtroom No.: 1 |
|---|---|
| 251 North Main Street Winston-Salem, NC | Date and Time: 10/3/2011 9:30 am |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 09/13/2011

_____
Judge's signature

Robert B. Jones, United States Magistrate Judge
*Printed name and title*